Revised 01/2012

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS

Application (1)

**FILED**
JUN 10 2013
U.S. BANKRUPTCY COURT
BY_____ DEPUTY

IN RE:

| Debtor | Bankruptcy Case Number |
|---|---|
| Cheryl Cummings | BKS-08-50790 |

### APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

Comes now the Claimant identified below to make Application for an Order authorizing payment of unclaimed funds now on deposit in the Treasury of the United States for the benefit of Claimant. Claimant was a creditor/debtor in the above captioned bankruptcy case and has not received payment of these funds which are due and owing to the Claimant. Claimant further states that Claimant is:

NAME OF CLAIMANT: Boston Portfolio Advisors, as agent for TERI Loan Holdings, LLC.
PHONE NUMBER: 954-832-3555   LAST FOUR DIGITS OF SOCIAL SECURITY NO: 3842
MAILING ADDRESS: 800 Corporate Dr. Suite 408

CITY: Ft. Lauderdale   STATE: FL   ZIP: 33334

and that a dividend in the amount of $2625.10 was awarded in this case to the claimant, which dividend is currently unclaimed and held by the Clerk of Court.

Claimant certifies that all statements made by Claimant on this Application and any attachments required for this Application are, to the best of Claimant's knowledge, true and correct. Accordingly, Claimant requests the Court to enter an Order authorizing payment of the pro rata dividend due upon this claim.

Date: 5/29/13

_____
Claimant's Signature

State of FL
County of Broward
Subscribed and sworn to before me this 29th day of May, 2013

_____
Notary Public

My commission expires: 12/13/15

Mail to:  United States Bankruptcy Court
          Attn: Annette Anderson, Finance
          615 E. Houston, Suite 546
          San Antonio, TX 78205

VERONICA KOENIG
MY COMMISSION # EE153035
EXPIRES December 13, 2015
FloridaNotaryService.com

Western District of Texas
UNITED STATES BANKRUPTCY COURT

**FILED**
JUN 2 8 2012
U.S. BANKRUPTCY COURT
BY _____ DEPUTY

In re: Cheryl Cummings            Case Number: 08-50790

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. 1111(a). Transferor hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| TERI Loan Holdings, LLC | The Education Resources Institute, Inc. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and address where notices to transferee should be sent:
 Boston Portfolio Advisors
 800 Corporate Drive, Suite 800
 Fort Lauderdale, FL 33334

Court Claim # (if known): 11
Amount of Claim: $ 32712.24
Date Claim Filed: 07/25/2008

Phone: 617-217-2878                    Phone: 617-217-2878
Last Four Digits of Acct. #: 3842      Last Four Digits of Acct. #: 3842

Name and address where transferee payments should be sent (if different from above):
 Boston Portfolio Advisors
 800 Corporate Drive, Suite 408
 Fort Lauderdale, FL 33334

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Kathy Aman            Date: 6/22/12

FORM B10 (Official F 08-50790-cag Claim#11-1 Filed 07/25/08 Main Document Page 1 of 7

| United States Bankruptcy Court Western District of Texas | | |
|---|---|---|
| Name of Debtor<br>Cheryl Cummings | Case number<br>08-50790 | |
| NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. | | |
| Name of Creditor (The person or other entity to whom the debtor owes money or property):<br><br>The Education Resources Institute | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. | |
| Name and address where notices should be sent:<br><br>The Education Resources Institute<br>PO BOX 848103<br>Boston, MA 02284-8103<br><br>Telephone number:(800) 255-8374 | ☐ Check box if you have never received any notices from the bankruptcy court in this case.<br><br>☐ Check box if the address differs from the address on the envelope sent to you by the court. | This space is for Court Use Only |
| Account or other number by which creditor identifies debtor:<br><br>xxx-xx-3842 | | |

1. **Basis for Claim**
   ☐ Goods sold
   ☐ Services performed
   ☒ Money loaned
   ☐ Personal injury/wrongful death
   ☐ Taxes
   ☐ Other_____

   ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   ☐ Wages, salaries, and compensation (Fill out below)
   Your SS#: ___ - ___ - ___
   Unpaid compensation for services performed
   from _____ to _____
     (date)      (date)

2. Date debt was incurred: 5/16/06, 6/9/06, 6/7/07
3. If court judgment, date obtained:

4. Total Amount of Claim at Time Case Filed: $ 32712.24
If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☒ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charge.

5. **Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate   ☐ Motor Vehicle
☐ Other _____
Value of Collateral:  $_____
Amount of arrearage and other charges at time case filed included in secured claim, if any $

6. **Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $ _____
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4,650),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
☐ Up to $2,100* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a-___).
*Amounts are subject to adjustment on 4/1/04 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

7. CREDITS: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
8. Supporting Documents: Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
9. Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

This Space Is for Court Use Only

| Date<br>7/25/08 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):<br>TERI; By It's Bankruptcy Supervisor, /s/ Kathy Amaru |
|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

UNITED STATES BANKRUPTCY COURT
WESTERN DIVISION OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| IN RE:<br>CHERYL CUMMINGS<br><br><br>**Debtor** | CASE NO: BKS-08-50790 G<br><br>CHAPTER 13 |

**TRUSTEE'S NOTICE TO PAY UNCLAIMED FUNDS TO THE COURT**

COMES NOW, Mary K. Viegelahn, the Chapter 13 Trustee in this case, and reports the following:

1. Debtor filed for relief under Chapter 13 on March 21, 2008. The Court Confirmed Debtor's plan on May 20, 2008.

2. BOSTON PORTFOLIO ADVISORS, (the "Creditor") filed a proof of claim in the above referenced case and the Trustee made payments thereon. Disbursement checks to this creditor have not been negotiated.

3. The Trustee, therefore, believes the unclaimed funds owing the creditor should be paid to the Court, pursuant to Section 347 of the Bankruptcy Code.

4. The Trustee's check for $2,625.10, payable to the Clerk of the Court, is attached to this notice.

FURTHER, in compliance with Rule 3011 of the Rules of Bankruptcy Procedure and 11 U.S.C. Sec. 347(a), the Trustee files the following list of all known names and addresses of the persons and the accounts to which they are entitled to be paid from the estate.

| **Name and Address of Creditor** | **Amount of Disbursement Check** |
|---|---|
| BOSTON PORTFOLIO ADVISORS<br>800 CORPORATE DR #408<br>FT LAUDERDALE, FL 33334 | $2,625.10 |

Respectfully submitted,

/s/ Mary K. Viegelahn

MARY K. VIEGELAHN
CHAPTER 13 STANDING TRUSTEE
909 N.E. Loop 410, Suite 400
San Antonio, TX 78209
(210) 824-1460

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

IN RE: CHAPTER 13

**CHERYL CUMMINGS**

DEBTOR(S)          CASE NO.: **08-50790 G**

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the attached document was served **May 02, 2013** by First Class Mail, upon the following:

Debtor(s):
CHERYL CUMMINGS
9055 SAHARA WOODS
UNIVERSAL CITY, TX 78148

AND TO THE CREDITORS AND PARTIES IN INTEREST LISTED BELOW:

BOSTON PORTFOLIO ADVISORS
800 CORPORATE DR #408
FT LAUDERDALE, FL 33334

Attorney For Debtor(s)
ROGENA JAN ATKINSON LLC
P O BOX 90628
LAW OFFICES OF RJ ATKINSON LLC
SAN ANTONIO, TX 78209-9088

/S/
_____
Mary K. Viegelahn
Chapter 13 Trustee

## AFFIDAVIT OF AUTHORIZATION

STATE OF MA
COUNTY OF Suffolk

Eric A.W. Danner being duly sworn, deposes and states as follows:

1. I am an employed by TERI Loan Holdings, LLC, as Manager of the LLC.
2. Pursuant to the Allonge of Endorsement and Agreement of Assignment, and in furtherance of the United States Bankruptcy Court Order, all receivables potentially due to The Education Resources Institute, Inc., were transferred to TERI Loan Holdings, LLC.
3. TERI Loan Holdings, LLC has retained the services of Boston Portfolio Advisors, 225 Franklin Street, 26th Floor, Boston, Massachusetts, as the exclusive agent for the management, collection, and resolution of the portfolio of receivables potentially due.
4. Boston Portfolio Advisors has been provided with all the business records, which were maintained by me in the regular course of business, in the prior proceedings.

Sworn to before me this
11th day of June, 2012

Notary Public

Subscribed and sworn to before me this
11th day of June, 2012
Deborah M. LeRoy
Notary Public
My commission expires:
Feb. 15, 2019

## CERTIFICATE OF CONFORMITY

STATE OF Massachusetts
COUNTY OF Suffolk

The undersigned attorney, does hereby certify that they are an attorney-at law admitted to practice in the State of Massachusetts and that the acknowledgment executed by Deborah LeRoy (notary) on the 11th day of June, 2012 to the affidavit was taken in the manner prescribed by and in conformity with the laws of the state which is the place where the acknowledgment was taken.

IN WITNESS WHEREOF, I have hereunto set my hand this 11th day of June, 2012

Name: Julie Pistorino
Attorney-At-Law

## ALLONGE OF ENDORSEMENT AND AGREEMENT OF ASSIGNMENT

### Recitations and Representations

1. This Note is transferred pursuant the Modified Fourth Amended Joint Plan of Reorganization of The Education Resources Institute, Inc. ("TERI") and the Official Committee of Unsecured Creditors dated as of August 26, 2010 (the "Plan"), which was confirmed by entry of an order of confirmation of the United States Bankruptcy Court for the District of Massachusetts on October 9, 2010. Section 6.3(d) of the Plan provides for the transfer from TERI to the TERI Plan Trust of all its right, interest, and title in TERI's assets, including, without implied limitation, any and all student loan notes owned or held by TERI as of the Plan's "Effective Date" as therein defined ("Notes").

2. For the purpose of implementing Section 6.3(d) of the Plan, TERI and the TERI Plan Trust entered into that certain Assignment Agreement dated as of November 19, 2010 (as amended and supplemented, the "Assignment Agreement"). On the Effective Date and on the date hereof, TERI represents that it is the owner of all legal and equitable interests in and rights to and under the Notes transferred pursuant to the Assignment Agreement, including without implied limitation the Note to which this instrument is affixed.

3. The parties acknowledge the transfer of the rights of TERI Plan Trust to receive title to the Notes under the Assignment Agreement to TERI Loan Holdings LLC, a wholly owned subsidiary of TERI Plan Trust (sometimes herein, "Holdings").

4. This instrument shall be applicable to all Notes conveyed by the Assignment Agreement. A copy of this instrument may be affixed to each such Note; provided, however, that the failure to affix a copy of this instrument to any such Note shall in no way limit or impair the validity of the transfer of any such Note to Holdings, or the rights of the Holdings, under any such Note.

### Endorsement

Pay to the order of TERI Loan Holdings LLC, without representations or warranties, express or implied, and without recourse, express or implied, of any type, kind, character or nature except as may be specifically set forth in the Plan or Assignment Agreement.

### Confirmatory Assignment

For the avoidance of doubt, if this instrument is appended to any documentation evidencing an obligation to pay money which does not technically constitute a "promissory note" under applicable law, the undersigned does hereby sell, assign, transfer and convey all of the rights of the undersigned therein to TERI Loan Holdings LLC, which assignment shall be on the same terms as, and as evidence of, the transfer required by the Assignment Agreement.

### General

In the event that any Note or documentation endorsed or assigned hereby is in electronic form, this instrument shall be deemed affixed thereto when placed within the electronic file

containing the copy of, or data constituting, the record of such Note or documentation, to the same extent as if physically attached to a tangible instrument or document.

By execution hereof, TERI further confirms that, pursuant to section 8 of the Assignment Agreement, TERI Plan Trust possesses the power of attorney therein described relative to all Notes assigned and conveyed under such Assignment Agreement, and the undersigned hereby consents to TERI Plan Trust assigning such power to Holdings.

IN WITNESS WHEREOF, the undersigned has executed this instrument as of the [9] day of [March], 2012.

THE EDUCATIONAL RESOURCES INSTITUTE, INC.

By: _____
William Davidson
Senior Vice President and Chief Financial Officer

2

DM3\1991178.3 U1951/00002



American Education Services
Guarantor/Insurer Relations
1200 North Seventh Street • Harrisburg, PA 17102-1444
Phone: 717-720-3300 • Fax: 717-720-3928 or 717-720-3921
www.aesSuccess.org

American Education Services

## ASSIGNMENT OF RIGHTS

ℰ(50 |

Borrower's Name: CHERYL L CUMMINGS

Borrower's Social Security Number: 516 06 3842

Disbursement Date: 05/16/06

Current Owner: 122962PM NCT

For the value received, the undersigned hereby assigns and transfers all right, title and interest arising from this note to The Education Resources Institute (TERI) without recourse or warranty.

By: *Patricia L Walton*   Date: 4/28/08
(Patricia Walton)
Supervisor, Guarantor/Insurer Relations

| **\* Creditworthy Student \* Loan Request/Credit Agreement – Signature Page** |
|---|

NON-NEGOTIABLE CREDIT AGREEMENT – THIS IS A CONSUMER CREDIT TRANSACTION

### LOAN PROGRAM INFORMATION

Astrive Education Loan

Academic Period: 08/2006-05/2007

Lender: Charter One Bank, N.A.    School: SAINT PHILIP'S COLLEGE

Loan Amount Requested: $11000.00    Repayment Option: Immediate Repayment

Deferral Period Margin: 5.65    Repayment Period Margin: 5.65    Loan Origination Fee Percentage: 9.00

### STUDENT BORROWER INFORMATION (Must be at least 18 years of age)

Borrower Name: Cheryl L Cummings    Home Address: 9055 Sahara Woods Universal City, TX 78148
Social Security #: 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    Date of Birth: 04/08/1969    Home Telephone: 2102967953
Current Employer: CHECK N GO    Employer Telephone: 2106610097
Current Position: Office staff    Years There: 0 Years 5 Months
Years at Previous Employment: 4 Years

Alimony, child support, or separate maintenance incomes do not have to be revealed if you do not want them considered for repaying this obligation. If you are relying on such additional income, please provide details on a separate sheet of paper.

Student Citizenship (check one box):  ☒ U.S. Citizen    ☐ Eligible Non-Citizen (Attach front & back copy of CIS or student visa card)
Personal Reference Name: Debbie Bird    Reference Home Tel #: (209) 462-8363    Work Tel #:
Reference Street Address: 2090 West Euclid
Reference City/State/Zip: Stockton, CA 95207

By my signature, I certify that I have read, understand and agree to the terms of and undertake the obligations set forth on all four (4) pages of this Loan Request/Credit Agreement AB.06-07.CRWO.10DC.0206 ("Credit Agreement"). I understand that any person who knowingly makes a false statement or misrepresentation on this form is subject to penalties, which may include fines or imprisonment. This Credit Agreement is signed under seal. I understand that I am not required to fax my signature on or to sign electronically this Credit Agreement and any related notices that require signature. If I choose to fax my signature on or to sign electronically this Credit Agreement and any related notices that require signature, I intend: (i) my fax or electronic signature to be an electronic signature under applicable federal and state law, (ii) my fax printout or printout of Lender's electronic record of this Credit Agreement and related notices to be an original document, (iii) to conduct business with the Lender by electronic records and electronic signatures, and (iv) that this Credit Agreement will not be governed by Article 3 of the Uniform Commercial Code, and my obligations under this Credit Agreement will not be subject to, but any transfer of my obligations will be subject to, Article 9 of the Uniform Commercial Code.

**For purposes of the following notices, "you" means the Borrower, not the Lender.**

FOR ALABAMA RESIDENTS: CAUTION – IT IS IMPORTANT THAT YOU THOROUGHLY READ THE CONTRACT BEFORE YOU SIGN IT.

FOR WISCONSIN RESIDENTS - NOTICE TO CUSTOMER:
(a) DO NOT SIGN THIS CREDIT AGREEMENT BEFORE YOU READ THE WRITING ON THE FOLLOWING PAGES, EVEN IF OTHERWISE ADVISED.
(b) DO NOT SIGN THIS CREDIT AGREEMENT IF IT CONTAINS ANY BLANK SPACES.
(c) YOU ARE ENTITLED TO AN EXACT COPY OF ANY AGREEMENT YOU SIGN.
(d) YOU HAVE THE RIGHT AT ANY TIME TO PAY IN ADVANCE THE UNPAID BALANCE UNDER THIS CREDIT AGREEMENT AND YOU MAY BE ENTITLED TO A PARTIAL REFUND OF THE FINANCE CHARGE.

PLEASE SIGN BELOW – **RETURN** This Page With Proof of Income and Other Information (if applicable) – FAX TO: 800-704-9406

Signature of Borrower: *Cheryl L Cummings*    Date: 11 May 2006

AB.06-07.CRWO.10DC.0206    LENDER COPY
PN01_RF_06-07_CRWO_F_X_CUMMINGS_A103789136.pdf    AVJUIM

## NOTE DISCLOSURE STATEMENT

$ __12,087.91__  
__03789136__  
Loan No.

Borrower(s): __CHERYL L CUMMINGS__

Student: __CHERYL L CUMMINGS__  
Date: __May 16, 2006__

CHERYL L CUMMINGS  
9055 SAHARA WOODS  
UNIVERSAL CITY, TX 78148 USA

Lender Name and Address:  
__CHARTER ONE BANK, N.A.__  
__725 CANTON STREET__  
__NORWOOD, MA 02062__

This disclosure statement relates to your Loan Note disbursed on May 16, 2006.  
Because your Loan is either being disbursed or entering repayment, or the repayment terms are being modified, the following information about your Loan is being given to you.

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments scheduled. |
|---|---|---|---|
| 11.924 % | $ 17,927.20 | $ 11,000.00 | $ 28,927.20 |

Your payment schedule will be:

| Number of Payments | Amount of Payments | When Payments are due |
|---|---|---|
| 240 | $ 120.53 | On the 16th day of each month beginning 6/2006 |

**VARIABLE RATE:** The Annual Percentage Rate, which is based on an index plus a margin, may increase during the term of the loan if the index rate increases. The index is (check one):

☐ **Prime Rate Index Adjusted Monthly** - The highest U.S. bank prime rate published in the "Money Rates" section of The Wall Street Journal (Eastern Edition) on the last business day of each calendar month.

☐ **Prime Rate Index Adjusted Quarterly** - The highest U.S. bank prime rate published in the "Money Rates" section of The Wall Street Journal (Eastern Edition) on the last business day of each calendar quarter.

☐ **LIBOR Index Adjusted Quarterly** - The average of the one-month London Interbank Offered Rates published in the "Money Rates" section of The Wall Street Journal (Eastern Edition) on the first business day of each of the three (3) calendar months immediately preceding the first day of each calendar quarter.

☒ **LIBOR Index Adjusted Monthly** - The one-month London Interbank Offered Rate published in the "Money Rates" section of The Wall Street Journal (Eastern Edition) on the first business day of each calendar month.

Any increase in the index and the Annual Percentage Rate which occurs while principal payments are deferred will increase the amount of any current and all future payments. Any increase in the index and the Annual Percentage Rate which occurs while principal and interest payments are deferred will increase the amount of all future payments. Any increase in the index and the Annual Percentage Rate which occurs after you have begun to make principal and interest payments on your loan will increase the amount of your future principal and interest payments beginning with your next annual payment adjustment date. For example, assume you obtain a loan in your junior year, in the amount of $10,000, at an interest rate of 11%, and you defer principal and interest payments until after your graduation, and the repayment term of the loan is 20 years. If the interest rate increased to 12% on January 1st of your senior year, the interest which accrues while principal and interest payments are deferred will increase by $91.01, and your monthly principal and interest payments would increase by $9.37.

**LATE CHARGES:** If a payment is more than 15 days late, you may be charged $5.00 or 5% of the payment, whichever is less. If you default, Lender (or any subsequent holder or any subsequent holder of your Loan Note) may increase the margin used to compute the Annual Percentage Rate by two percentage points (2%).  
**PREPAYMENT:** If you pay off early, you will not have to pay a penalty.

**Estimates:** All numerical disclosures except the late payment disclosure are estimates.

See your contract documents for any additional information about non-payment, default, any required repayment in full before the scheduled date, any security interest and prepayment refunds and penalties.

Principal Amount of Note (Amount Financed plus Prepaid Finance Charge)      $ __12,087.91__

Itemization of Amount Financed  
Amount paid to CHERYL L CUMMINGS     $ __11,000.00__  
Amount paid to     $  
Total Amount Financed     $ __11,000.00__

Itemization of Prepaid Finance Charge  
Origination Fee     $ __1,087.91__  
Total Prepaid Finance Charge(s)     $ __1,087.91__

USA TRAJ 603 9736 10     AVJUIM Astrive Education Loan     File Copy



American Education Services
Guarantor/Insurer Relations
1200 North Seventh Street • Harrisburg, PA 17102-1444
Phone: 717-720-3300 • Fax: 717-720-3928 or 717-720-3921
www.aesSuccess.org

American Education Services

## ASSIGNMENT OF RIGHTS

#003

| | |
|---|---|
| Borrower's Name: | CHERYL L CUMMINGS |
| Borrower's Social Security Number: | 516 06 3842 |
| Disbursement Date: | 06/07/07 |
| Current Owner: | 122962QC NCT |

For the value received, the undersigned hereby assigns and transfers all right, title and interest arising from this note to The Education Resources Institute (TERI) without recourse or warranty.

By: *Patricia L Walton*   Date: 4/28/08
(Patricia Walton)
Supervisor, Guarantor/Insurer Relations

## "Creditworthy Student" Loan Request/Credit Agreement - Signature Page

**NON-NEGOTIABLE CREDIT AGREEMENT -- THIS IS A CONSUMER CREDIT TRANSACTION**

### LOAN PROGRAM INFORMATION

Astrive Undergraduate Loan

Academic Period: 08/2007-06/2008

Lender: Charter One Bank, N.A.    School: SAINT PHILIP'S COLLEGE

Loan Amount Requested: $13700.00    Repayment Option: Full Deferral

Deferral Period Margin*: 5.65    Repayment Period Margin*: 5.65    Loan Origination Fee Percentage: 10.50

*Variable interest rate equals the LIBOR Index plus the Margin (see paragraph D.2).

### BORROWER INFORMATION (Must be of age of majority in state of residence)

Borrower Name: Cheryl L. Cummings    Home Address: 9055 Sahara Woods Universal City, TX 78148
Social Security #: 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    Date of Birth: 04/08/1969    Home Telephone: (210) 566-4525
Mobile Telephone:    E-mail Address:
Current Employer: WESTBROOK ENGINEERING    Years There: 9 ~~Years~~ MONTHS CLC    Employer Telephone: (210) 490-9691
Current Position: Office staff
Years at Previous Employment: 4 Years

Alimony, child support, or separate maintenance incomes do not have to be revealed if you do not want them considered for repaying this obligation. If you are relying on such additional income, please provide details on a separate sheet of paper.

Student Citizenship (check one box): ☒ U.S. Citizen    ☐ Eligible Non-Citizen (Attach front & back copy of CIS or student visa card)
Personal Reference Name: Debby Bird    Reference Home Tel #: (209) 462-8363    Work Tel #: (209) 603-5311
Reference Street Address: 2090 West Euclid
Reference City/State/Zip: Stockton, CA 95207

By my signature, I certify that I have read, understand and agree to the terms of and undertake the obligations set forth on all four (4) pages of this Loan Request/Credit Agreement AB.07-08.CRWO.10DC.1106 ("Credit Agreement"). I understand that any person who knowingly makes a false statement or misrepresentation on this form is subject to penalties, which may include fines or imprisonment. This Credit Agreement is signed under seal. I understand that I am not required to fax my signature on or to sign electronically this Credit Agreement and any related notices that require signature. If I choose to fax my signature on or to sign electronically this Credit Agreement and any related notices that require signature, I intend: (i) my fax or electronic signature to be an electronic signature under applicable federal and state law, (ii) any fax printout or printout of Lender's electronic record of this Credit Agreement and related notices to be an original document, (iii) to conduct business with the Lender by electronic records and electronic signatures, and (iv) that this Credit Agreement will not be governed by Article 3 of the Uniform Commercial Code; and my obligations under this Credit Agreement will not be subject to, but any transfer of my obligations will be subject to, Article 9 of the Uniform Commercial Code.

**For purposes of the following notices, "you" means the Borrower, not the Lender.**

FOR ALABAMA RESIDENTS: CAUTION -- IT IS IMPORTANT THAT YOU THOROUGHLY READ THE CONTRACT BEFORE YOU SIGN IT.

FOR WISCONSIN RESIDENTS - NOTICE TO CUSTOMER:
(a) DO NOT SIGN THIS CREDIT AGREEMENT BEFORE YOU READ THE WRITING ON THE FOLLOWING PAGES, EVEN IF OTHERWISE ADVISED.
(b) DO NOT SIGN THIS CREDIT AGREEMENT IF IT CONTAINS ANY BLANK SPACES.
(c) YOU ARE ENTITLED TO AN EXACT COPY OF ANY AGREEMENT YOU SIGN.
(d) YOU HAVE THE RIGHT AT ANY TIME TO PAY IN ADVANCE THE UNPAID BALANCE UNDER THIS CREDIT AGREEMENT AND YOU MAY BE ENTITLED TO A PARTIAL REFUND OF THE FINANCE CHARGE.

PLEASE SIGN BELOW - RETURN this Page with Proof of Income and Other Information if applicable. FAX TO: 800-705-8406

Signature of Borrower: /s/ Cheryl Cummings    Date: 1 June 2007

AB.07-08.CRWO.10DC.1106    LENDER COPY
PN01_RF_07-08_CRWO_F_X_CUMMINGS_A105079822.pdf    AVJUDP

## NOTE DISCLOSURE STATEMENT

$ __15,307.26__  
__05079822__  
Loan No.

Borrower(s): __CHERYL L CUMMINGS__

Student: __CHERYL L CUMMINGS__  
Date: __June 7, 2007__

CHERYL L CUMMINGS  
9055 SAHARA WOODS  
UNIVERSAL CITY, TX 78148 USA

Lender Name and Address:  
__CHARTER ONE BANK, N.A.__  
__725 CANTON STREET__  
__NORWOOD, MA 02062__

This disclosure statement relates to your Loan Note disbursed on    June 7, 2007  
Because your Loan is either being disbursed or entering repayment, or the repayment terms are being modified, the following information about your Loan is being given to you.

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments scheduled. |
|---|---|---|---|
| 12.200 % | $ 35,893.60 | $ 13,700.00 | $ 49,593.60 |

Your payment schedule will be:

| Number of Payments | Amount of Payments | When Payments are due |
|---|---|---|
| 240 | $ 206.64 | On the 3rd day of each month beginning 1/2010 |
| | | |
| | | |
| | | |

**VARIABLE RATE:** The Annual Percentage Rate, which is based on an index plus a margin, may increase during the term of the loan if the index rate increases. The index is (check one):

☐ **Prime Rate Index Adjusted Monthly** - The highest U.S. bank prime rate published in the "Money Rates" section of The Wall Street Journal (Eastern Edition) on the last business day of each calendar month.

☐ **Prime Rate Index Adjusted Quarterly** - The highest U.S. bank prime rate published in the "Money Rates" section of The Wall Street Journal (Eastern Edition) on the last business day of each calendar quarter.

☐ **LIBOR Index Adjusted Quarterly** - The average of the one-month London Interbank Offered Rates published in the "Money Rates" section of The Wall Street Journal (Eastern Edition) on the first business day of each of the three (3) calendar months immediately preceding the first day of each calendar quarter.

☒ **LIBOR Index Adjusted Monthly** - The one-month London Interbank Offered Rate published in the "Money Rates" section of The Wall Street Journal (Eastern Edition) on the first business day of the preceding calendar month.

Any increase in the index and the Annual Percentage Rate which occurs while principal payments are deferred will increase the amount of any current and all future payments. Any increase in the index and the Annual Percentage Rate which occurs while principal and interest payments are deferred will increase the amount of all future payments. Any increase in the index and the Annual Percentage Rate which occurs after you have begun to make principal and interest payments on your loan will increase the amount of your future principal and interest payments beginning with your next annual payment adjustment date. For example, assume you obtain a loan in your junior year, in the amount of $10,000, at an interest rate of 11%, and you defer principal and interest payments until after your graduation, and the repayment term of the loan is 20 years. If the interest rate increased to 12% on January 1st of your senior year, the interest which accrues while principal and interest payments are deferred will increase by $91.01, and your monthly principal and interest payments would increase by $9.37.

**LATE CHARGES:** If a payment is more than 15 days late, you may be charged $5.00 or 5% of the payment, whichever is less. If you default, Lender (or any subsequent holder of your Loan Note) may increase the margin used to compute the Annual Percentage Rate by two percentage points (2%).  
**PREPAYMENT:** If you pay off early, you will not have to pay a penalty.

**Estimates:** All numerical disclosures except the late payment disclosure are estimates.

See your contract documents for any additional information about non-payment, default, any required repayment in full before the scheduled date, any security interest and prepayment refunds and penalties.

Principal Amount of Note (Amount Financed plus Prepaid Finance Charge)    $ __15,307.26__

Itemization of Amount Financed  
Amount paid to   CHERYL L CUMMINGS    $ __13,700.00__  
Amount paid to                         $ _____  
Total Amount Financed                  $ __13,700.00__

Itemization of Prepaid Finance Charge  
Origination Fee                        $ __1,607.26__  
Total Prepaid Finance Charge(s)        $ __1,607.26__

AVJUDP    Astrive Undergraduate Loan    File Copy



American Education Services

American Education Services
Guarantor/Insurer Relations
1200 North Seventh Street • Harrisburg, PA 17102-1444
Phone: 717-720-3300 • Fax: 717-720-3928 or 717-720-3921
www.aesSuccess.org

## ASSIGNMENT OF RIGHTS

*002

| | |
|---|---|
| Borrower's Name: | CHERYL L CUMMINGS |
| Borrower's Social Security Number: | 516 06 3842 |
| Disbursement Date: | 06/09/06 |
| Current Owner: | 122962TS NCT |

For the value received, the undersigned hereby assigns and transfers all right, title and interest arising from this note to The Education Resources Institute (TERI) without recourse or warranty.

By: *Patricia L Walton*   Date: 4/28/08
(Patricia Walton)
Supervisor, Guarantor/Insurer Relations

| **\* Creditworthy Student \*** | **Loan Request/Credit Agreement – Signature Page** |

NON-NEGOTIABLE CREDIT AGREEMENT – THIS IS A CONSUMER CREDIT TRANSACTION

**LOAN PROGRAM INFORMATION**

Education One® Education One Undergraduate Loan    Academic Period: 08/2006-06/2007

Lender: JPMorgan Chase Bank, N.A.    School: SAINT PHILIP'S COLLEGE

Loan Amount Requested: $7000.00    Repayment Option: Interest Only

Deferment Period Margin: 5.65    Repayment Period Margin: 5.65    Loan Origination Fee Percentage: 9.00

**BORROWER INFORMATION** (Must be at least 18 years of age)

Borrower Name: Cheryl L Cummings    Home Address: 9055 Sahara Woods Universal City, TX 78148
Social Security #: 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    Date of Birth: 04/08/1969    Home Telephone: 2102967953

Current Employer: CHECK N' GO    Employer Telephone: 2106610097
Current Position: Office staff    Years There: 0 Years 5 Months
Years at Previous Employment: 4 Years

Alimony, child support, or separate maintenance incomes do not have to be revealed if you do not want them considered for repaying this obligation. If you are relying on such additional income, please provide details on a separate sheet of paper.

Borrower Citizenship (check one box): ☒ U.S. Citizen    ☐ Eligible Non-Citizen (Attach front & back copy of CIS or student visa card)
Personal Reference Name: Debby Bird    Reference Home Tel #: (209) 462-8363    Work Tel #: _____
Reference Street Address: 2090 West Euclid
Reference City/State/Zip: Stockton, CA 95207

By my signature, I certify that I have read, understand and agree to the terms of and undertake the obligations set forth on all four (4) pages of this Loan Request/Credit Agreement EO.06-07.CRWO.10DC.0106 ("Credit Agreement"). I understand that any person who knowingly makes a false statement or misrepresentation on this form is subject to penalties, which may include fines or imprisonment. This Credit Agreement is signed under seal. I understand that I am not required to fax my signature on this Credit Agreement and any related notices that require signature. If I choose to fax my signature on this Credit Agreement and any related notices that require signature, I intend: (i) my fax signature to be an electronic signature under applicable federal and state law, (ii) any fax printout of this Credit Agreement and related notices to be an original document, (iii) to conduct business with the Lender by electronic records and electronic signatures, and (iv) that this Credit Agreement will not be governed by Article 3 of the Uniform Commercial Code, and my obligations under this Credit Agreement will not be subject to, but any transfer of my obligations will be subject to, Article 9 of the Uniform Commercial Code.

For purposes of the following notices, "you" means the Borrower, not the Lender.

FOR ALABAMA RESIDENTS: CAUTION – IT IS IMPORTANT THAT YOU THOROUGHLY READ THE CONTRACT BEFORE YOU SIGN IT.

FOR WISCONSIN RESIDENTS - NOTICE TO CUSTOMER:
(a) DO NOT SIGN THIS CREDIT AGREEMENT BEFORE YOU READ THE WRITING ON THE FOLLOWING PAGES, EVEN IF OTHERWISE ADVISED.
(b) DO NOT SIGN THIS CREDIT AGREEMENT IF IT CONTAINS ANY BLANK SPACES.
(c) YOU ARE ENTITLED TO AN EXACT COPY OF ANY AGREEMENT YOU SIGN.
(d) YOU HAVE THE RIGHT AT ANY TIME TO PAY IN ADVANCE THE UNPAID BALANCE UNDER THIS AGREEMENT AND YOU MAY BE ENTITLED TO A PARTIAL REFUND OF THE FINANCE CHARGE.

PLEASE SIGN BELOW – RETURN This Page with Proof of Income and Other Information (if applicable) – FAX TO: 800-704-9407

Signature of Borrower _Cheryl Cummings_    Date _26 May 2006_

EO.06-07.CRWO.10DC.0106    LENDER COPY    EQUIO
PN01_EO_06-07_CRWO_F_X_CUMMINGS_A103829485.pdf

## NOTE DISCLOSURE STATEMENT

$ __4,915.38__
__03829485__
Loan No.

Borrower(s) __CHERYL L CUMMINGS__

Student: __CHERYL L CUMMINGS__
Date: __June 9, 2006__

CHERYL L CUMMINGS
9055 SAHARA WOODS
UNIVERSAL CITY, TX 78148 USA

Lender Name and Address:
__BANK ONE (JP MORGAN CHASE BANK, N.A.)__
__100 EAST BROAD STREET__
__COLUMBUS, OH 43125__

This disclosure statement relates to your Loan Note disbursed on  June 9, 2006.
Because your Loan is either being disbursed or entering repayment, or the repayment terms are being modified, the following information about your Loan is being given to you.

| ANNUAL PERCENTAGE RATE  The cost of your credit as a yearly rate. | FINANCE CHARGE  The dollar amount the credit will cost you. | Amount Financed  The amount of credit provided to you or on your behalf. | Total of Payments  The amount you will have paid after you have made all payments scheduled. |
|---|---|---|---|
| 12.047 % | $ 9,028.92 | $ 4,473.00 | $ 13,501.92 |

Your payment schedule will be:

| Number of Payments | Amount of Payments | When Payments are due | |
|---|---|---|---|
| 35 | $ 43.79 | On the 9th day of each month beginning | 7/2006 |
| 1 | $ 38.87 | On the 5th day of each month beginning | 6/2009 |
| 240 | $ 49.71 | On the 5th day of each month beginning | 7/2009 |

**VARIABLE RATE:** The Annual Percentage Rate, which is based on an index plus a margin, may increase during the term of the loan if the index rate increases. The index is (check one):

☐ **Prime Rate Index Adjusted Monthly** - The highest U.S. bank prime rate published in the "Money Rates" section of The Wall Street Journal (Eastern Edition) on the last business day of each calendar month.

☐ **Prime Rate Index Adjusted Quarterly** - The highest U.S. bank prime rate published in the "Money Rates" section of The Wall Street Journal (Eastern Edition) on the last business day of each calendar quarter.

☐ **LIBOR Index Adjusted Quarterly** - The average of the one-month London Interbank Offered Rates published in the "Money Rates" section of The Wall Street Journal (Eastern Edition) on the first business day of each of the three (3) calendar months immediately preceding the first day of each calendar quarter.

☒ **LIBOR Index Adjusted Monthly** - The one-month London Interbank Offered Rate published in the "Money Rates" section of The Wall Street Journal (Eastern Edition) on the first business day of each calendar month.

Any increase in the index and the Annual Percentage Rate which occurs while principal payments are deferred will increase the amount of any current and all future payments. Any increase in the index and the Annual Percentage Rate which occurs while principal and interest payments are deferred will increase the amount of all future payments. Any increase in the index and the Annual Percentage Rate which occurs after you have begun to make principal and interest payments on your loan will increase the amount of your future principal and interest payments beginning with your next annual payment adjustment date. For example, assume you obtain a loan in your junior year, in the amount of $10,000, at an interest rate of 11%, and you defer principal and interest payments until after your graduation, and the repayment term of the loan is 20 years. If the interest rate increased to 12% on January 1st of your senior year, the interest which accrues while principal and interest payments are deferred will increase by $91.01, and your monthly principal and interest payments would increase by $9.37.

**LATE CHARGES:** If a payment is more than 15 days late, you may be charged $5.00 or 5% of the payment, whichever is less. If you default, Lender (or any subsequent holder or any subsequent holder of your Loan Note) may increase the margin used to compute the Annual Percentage Rate by two percentage points (2%).
**PREPAYMENT:** If you pay off early, you will not have to pay a penalty.

**Estimates:** All numerical disclosures except the late payment disclosure are estimates.

See your contract documents for any additional information about non-payment, default, any required repayment in full before the scheduled date, any security interest and prepayment refunds and penalties.

Principal Amount of Note (Amount Financed plus Prepaid Finance Charge)  $ __4,915.38__

Itemization of Amount Financed
Amount paid to  CHERYL L CUMMINGS  $ __4,473.00__
Amount paid to  $ _____
Total Amount Financed  $ __4,473.00__

Itemization of Prepaid Finance Charge
Origination Fee  $ __442.38__
Total Prepaid Finance Charge(s)  $ __442.38__

CSA TRAJ 6/03 5538  525    EOJUIO  Education One Ugrad IO    File Copy