**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: August 27, 2013.**



_____
**CRAIG A. GARGOTTA
UNITED STATES BANKRUPTCY JUDGE**

_____

**UNITED STATES BANKRUPTCY COURT
Western District of Texas
San Antonio Division**

IN RE: **Cheryl Cummings**, Debtor(s)  Case No.: 08–50790–cag

## ORDER DENYING PAYMENT
## OF A DIVIDEND UNCLAIMED FUNDS

On this date came on for consideration the Application for Payment Of A Dividend From Unclaimed Funds by:

NAME: Boston Portfolio Advisors
ADDRESS: 800 Corporate Dr Suite 408
Ft Lauderdale, FL 33334

Claimant, for payment of a dividend from unclaimed funds in the amount of $2625.10.

The court orders the application be DENIED for the following reason(s):

☐ 1. There are no monies being held for this Claimant.

☐ 2. Monies have already been disbursed.
   Date funds were paid:
   Per court order signed:
   Schedule Number:
   Paid to:

☐ 3. Money amount being claimed for distribution is different than the financial records reflect.

☑ 4. Other: APPLICATION INCOMPLETE. NO PHOTO ID AND NO AO213 INCLUDED.

###